UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA, | No. 2:15-cv-1603 MCE GGH (PS) |
| Plaintiff, | |
| v. | ORDER |
| ADAM BONDARUK, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 7, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 3) which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

///

1

1. The Findings and Recommendations filed October 7, 2015 (ECF No. 3) are ADOPTED IN FULL;

2. The action is DISMISSED with prejudice; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: November 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT