## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LIUDMYLA IEGOROVA,**

CASE NO: **2:15–CV–01603–MCE–GGH**

v.

**ADAM BONDARUK,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/12/2015**

**Marianne Matherly**
Clerk of Court

ENTERED: **November 12, 2015**

by: /s/ L. Reader
Deputy Clerk